# PRISONER CASE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

## Civil Cover Sheet

**FILED**
AUG 13 2008
Aug 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** United States of America, ex rel. ESTEBAN RUIZ

**Defendant(s):** JENNIFER STOUDT, etc., et al.

**County of Residence:** MORGAN

**County of Residence:**

**Plaintiff's Address:**
Esteban Ruiz
R-46140
Jacksonville - JAK
2268 East Morton Avenue
Jacksonville, IL 62650

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph Street - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 4582
JUDGE PALLMEYER
MAGISTRATE JUDGE DENLOW

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes ☑ No

**Signature:**

**Date:** 8/13/08